```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:12-00147

**RANDALL JIM HUGHES**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 13, 2018, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Randall Jim Hughes, appeared in person and by his counsel, Brian D. Yost, for a hearing on the petition seeking revocation of supervised release and amendment thereto submitted by United States Probation Officer Jeffrey D. Bella. The defendant commenced a 30-month term of supervised release in this action on April 17, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on December 20, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by him on August 7, 2017, for methamphetamine and his signature on a voluntary admission form on October 12, 2017, confirming he used methamphetamine nearly every day since August 2017; (2) the defendant failed to report to the probation officer and failed to submit a monthly report for August, September and October 2017; (3) the defendant failed to attend any substance abuse counseling sessions as instructed by the probation officer on April 24, 2017; (4) the defendant failed to call the urine screen hotline, attend substance abuse counseling, remain employed and maintain contact with the probation officer as instructed by the probation officer on July 14, 2017; (5) the defendant failed to stay in touch with the probation officer while a referral was completed for long-term inpatient substance abuse treatment as instructed by the probation officer on October 12, 2017; (6) the defendant failed to work at a lawful occupation inasmuch as he has not been gainfully employed since July 2017; (7) the defendant failed to notify the probation officer of his change in employment

inasmuch as the probation officer made contact with the defendant's manager at Ryan's Steakhouse on October 5, 2017, and was advised the defendant had quit his employment in July 2017; (8) the defendant failed to provide urine screens as instructed on May 19, June 12, July 18 and September 22, 2017; (9) the defendant failed to abide by the special condition that he spend six months in a community confinement center inasmuch as he entered the program at Dismas Charities on May 2, 2017, and was terminated from the program on July 11, 2017; and (10) the defendant committed the state and local offenses of shoplifting and battery on February 22, 2018, as evidenced by his plea of guilty on March 14, 2018, for which he was sentenced to time served and assessed a fine and court costs; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of twenty-four (24) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that he spend a period of six (6) months in a community confinement center where he shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as instructed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 15, 2018

John T. Copenhaver, Jr.
United States District Judge